# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 9, 2023

## NO. 03-22-00233-CV

**Bellingham Enterprises, LLC, Appellant**

**v.**

**Colby Constructors, LLC; Travis County Commissioners Court; Andy Brown in his
Official Capacity as County Judge; Margaret Gómez in her Official Capacity as County
Commissioner; Ann Howard in her Official Capacity as County Commissioner;
Brigid Shea in her Official Capacity as County Commissioner;
and Jeff Travillion in his Official Capacity as County Commissioner, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
MODIFIED AND, AS MODIFIED, AFFIRMED ON MOTION FOR REHEARING --
OPINION BY JUSTICE KELLY
JUSTICE GOODWIN NOT PARTICIPATING**

We withdraw our opinion and judgment dated October 13, 2022, and substitute the following in their place. This is an appeal from the final orders signed by the trial court on April 1, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the orders, but that there was error requiring correction. Therefore, the Court modifies the trial court's orders to delete the phrase "with prejudice" and substitute in its place the phrase "without prejudice." The Court affirms the trial court's final orders, as modified. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.